IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Lawrence J. Mitchell, Kay Mitchell, Matthew C. Bishop, Tracy Kilgore, Jennifer K. Zeleny, Joseph W. Steele V, Scott Westin, Bruce Bird, Nathan Ornellas, Anu Sood, Brent Miller, Nicholas Beach, Alex Inskeep, Loretta Grady, Richard Fountain, Matthew Gragg, Akoya Lawani, Sharon Williams, Ken Gregory, Sbeen Ajmal, David Self, Edward Dowdy, April Thomas, Don Black, Reza Kamali, Anthony Baquero, Carina Rhea, Shanell Golden, Kim Weston, Adam Brandt, Jacci Brandt, Jennifer King, Ralph McCoy, Aaron Hands, Ayana Smith, Lisa Stern, Mbegane Diouf, Doug Waters, Candyce Ravenell, Paul Fos, Patricia Burkhalter, Blake Knight, Cameron Casey, Jeffery Taylor, Robert Moyer, Marcia Cameron, Gloria Pledger, Charles Jones, Aaron Brodie, Dominique Evans, Richard Farr, Kevin Saliva, Harold Beard, Travis Ashby, Andrew Gorayeb, Scott Mugrage, Edwin Zorilla, Curtis Dowdle, Edward Klann, Steven Stetzel, Glenn Gilleshammer, Wenoka Thompson, Maryann Aldous, Jennifer Porter, Robin Quigg, Tamar Hodges, Barbara Shadoan, Austin Law, Jennifer Ellsworth, Michelle Sterling, Denise Poe, Jamal Dean, Brandon Westman, Concepcion Powell, Adrian Thompson, Eric Talaska, Zachary Christensen, Erica Jones, Stephen Hope, Nedelka Martinsen *et al* and unknown Plaintiffs 1-1,000,000,<br><br>              Plaintiffs,<br>      v.<br><br>Wells Fargo Bank, National Association, a National Banking Association, and Wells Fargo & Company, a Delaware Corporation, and Does 1-5,300,<br><br>              Defendants. | **ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL**<br><br><br>Case No.  2:16-cv-00966-CW-DBP<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

The Court having reviewed the Motion to File Exhibits Under Seal filed by Defendants

Wells Fargo Bank, N.A. and Wells Fargo & Co. ("Defendants") and good cause appearing,

HEREBY ORDERS:

    1.      Defendants' Motion to File Exhibits Under Seal is GRANTED; and

    2.      Defendants may file under seal the Exhibits to the Declaration of Karen Nelson in

Support of Defendants' Motion to Compel Arbitration that are listed in Defendants' Motion to

File Exhibits Under Seal.

    DATED this 28th day of November, 2016.

              BY THE COURT:

              Clark Waddoups
              United States District Judge