| | |
|---|---|
| David H. Fry (*pro hac vice*) | James S. Jardine (1647) |
| Erin J. Cox (*pro hac vice*) | Elaina M. Maragakis (7929) |
| Eric P. Tuttle (*pro hac vice*) | Michael D. Mayfield (8237) |
| **MUNGER, TOLLES & OLSON LLP** | **RAY QUINNEY & NEBEKER P.C.** |
| 355 South Grand Avenue, 35th Floor | 36 South State Street, Suite 1400 |
| Los Angeles, California  90071 | P.O. Box 45385 |
|    Telephone:  (213) 683-9100 | Salt Lake City, Utah  84145-0385 |
| |    Telephone:  (801) 532-1500 |

*Attorneys for Defendants Wells Fargo Bank, N.A.
and Wells Fargo & Co.*

[Additional Parties and Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Lawrence J. Mitchell, Kay Mitchell, Matthew C. Bishop, Tracy Kilgore, Jennifer K. Zeleny, Joseph W. Steele V, Scott Westin, Bruce Bird, Nathan Ornellas, Anu Sood, Brent Miller, Nicholas Beach, Alex Inskeep, Loretta Grady, Richard Fountain, Matthew Gragg, Akoya Lawani, Sharon Williams, Ken Gregory, Sbeen Ajmal, David Self, Edward Dowdy, April Thomas, Don Black, Reza Kamali, Anthony Baquero, Carina Rhea, Shanell Golden, Kim Weston, Adam Brandt, Jacci Brandt, Jennifer King, Ralph McCoy, Aaron Hands, Ayana Smith, Lisa Stern, Mbegane Diouf, Doug Waters, Candyce Ravenell, Paul Fos, Patricia Burkhalter, Blake Knight, Cameron Casey, Jeffery Taylor, Robert Moyer, Marcia Cameron, Gloria Pledger, Charles Jones, Aaron Brodie, Dominique Evans, Richard Farr, Kevin Saliva, Harold Beard, Travis Ashby, Andrew Gorayeb, Scott Mugrage, Edwin Zorilla, Curtis Dowdle, Edward Klann, Steven Stetzel, Glenn Gilleshammer, Wenoka Thompson, Maryann Aldous, Jennifer Porter, Robin Quigg, Tamar Hodges, Barbara Shadoan, Austin Law, Jennifer Ellsworth, Michelle Sterling, Denise Poe, Jamal Dean, | **ORDER GRANTING STIPULATED MOTION FOR ORDER GRANTING DEFENDANTS' MOTION TO STAY LITIGATION ON THE MERITS PENDING RESOLUTION OF PENDING AND ANTICIPATED MOTIONS TO COMPEL ARBITRATION, AND SETTING BRIEFING SCHEDULE FOR PENDING MOTION TO COMPEL ARBITRATION**<br><br>Case No.  2:16-cv-00966<br>Judge Clark Waddoups |

33107623.1

| | |
|---|---|
| Brandon Westman, Concepcion Powell, Adrian Thompson, Eric Talaska, Zachary Christensen, Erica Jones, Stephen Hope, Nedelka Martinsen *et al* and unknown Plaintiffs 1-1,000,000,<br><br>    Plaintiffs,<br> v.<br><br>Wells Fargo Bank, National Association, a National Banking Association, and Wells Fargo & Company, a Delaware Corporation, and Does 1-5,300,<br><br>    Defendants. | |

  Based on the parties' Stipulated Motion for Order Granting Defendants' Motion to Stay Litigation on the Merits Pending Resolution of Pending and Anticipated Motions to Compel Arbitration, and Setting Briefing Schedule for Pending Motion to Compel Arbitration, and for good cause appearing therefor, the Court HEREBY ORDERS that:

  (1) Defendants' pending Motion to Stay Litigation on the Merits Pending Resolution of Pending and Anticipated Motions to Compel Arbitration (ECF No. 29) is granted, and that:

    (a) litigation on the merits of Plaintiffs' claims in this action—including further briefing and resolution of Defendants' pending Motion to Dismiss the Second Amended Complaint for Failure to State a Claim under Rule 12(b)(6), or, in the Alternative, for a More Definite Statement under Rule 12(e) (ECF No. 30) ("Motion to Dismiss")—is stayed until the Court has determined whether each of the named Plaintiffs in this action should be compelled to bring his or her claims in arbitration;

    (b) should the stay be lifted, the parties shall meet and confer and submit for the Court's approval a proposed briefing schedule on Defendants' Motion to Dismiss;

(2) The briefing schedule on Defendants' pending Motion to Compel Arbitration Pursuant to FAA §§ 3-4 (ECF No. 24) ("Motion to Compel Arbitration") is set as follows:

    (a) Plaintiffs' deadline to file their opposition to Defendants' pending Motion to Compel Arbitration is December 23, 2016; and

    (b) Defendants' deadline to file their reply in support of their pending Motion to Compel Arbitration is January 27, 2017.

DATED this _____ day of December, 2016.

BY THE COURT:

_____
Honorable Clark Waddoups
U.S. District Judge

APPROVED AS TO FORM:

*/s/ Zane L. Christensen*
_____
Zane L. Christensen
Steven A. Christensen

*Attorneys for Plaintiffs*