IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Lawrence J. Mitchell, Kay Mitchell, Matthew C. Bishop, Tracy Kilgore, Jennifer K. Zeleny, Joseph W. Steele V, Scott Westin, Bruce Bird, Nathan Ornellas, Anu Sood, Brent Miller, Nicholas Beach, Alex Inskeep, Loretta Grady, Richard Fountain, Matthew Gragg, Akoya Lawani, Sharon Williams, Ken Gregory, Sbeen Ajmal, David Self, Edward Dowdy, April Thomas, Don Black, Reza Kamali, Anthony Baquero, Carina Rhea, Shanell Golden, Kim Weston, Adam Brandt, Jacci Brandt, Jennifer King, Ralph McCoy, Aaron Hands, Ayana Smith, Lisa Stern, Mbegane Diouf, Doug Waters, Candyce Ravenell, Paul Fos, Patricia Burkhalter, Blake Knight, Cameron Casey, Jeffery Taylor, Robert Moyer, Marcia Cameron, Gloria Pledger, Charles Jones, Aaron Brodie, Dominique Evans, Richard Farr, Kevin Saliva, Harold Beard, Travis Ashby, Andrew Gorayeb, Scott Mugrage, Edwin Zorilla, Curtis Dowdle, Edward Klann, Steven Stetzel, Glenn Gilleshammer, Wenoka Thompson, Maryann Aldous, Jennifer Porter, Robin Quigg, Tamar Hodges, Barbara Shadoan, Austin Law, Jennifer Ellsworth, Michelle Sterling, Denise Poe, Jamal Dean, Brandon Westman, Concepcion Powell, Adrian Thompson, Eric Talaska, Zachary Christensen, Erica Jones, Stephen Hope, Nedelka Martinsen *et al* and unknown Plaintiffs 1-1,000,000,<br><br>        Plaintiffs,<br>  v.<br><br>Wells Fargo Bank, National Association, a National Banking Association, and Wells Fargo & Company, a Delaware Corporation, and Does 1-5,300,<br><br>        Defendants. | **ORDER STAYING CASE**<br><br>Case No. 2:16-cv-00966-CW-DBP<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

The court has received the parties' positions regarding a stay of the hearing on the Motion to Compel in this case, (Dkt. No. 24), currently set for March 16, 2017. The parties agree that the court should stay the proceedings in this case until the Judicial Panel on Multidistrict Litigation ("JPML") has determined whether to create an MDL and select a transferee court. (*See* Dkt. Nos. 52 & 53.) The JPML will hear argument on these issues on March 30, 2017.

Considering the interests of judicial economy and efficiency, as well as the parties' agreement, the court hereby STAYS further proceedings on the Motion to Compel (Dkt. No. 24) and STRIKES the motion hearing on March 16, 2017.

In addition, the court DIRECTS the parties to file a status update with the court either sixty (60) days from the date of the JPML hearing or upon the JPML's issuance of its decision regarding these cases, whichever is earlier.

DATED this 27th day of February, 2017.

BY THE COURT:

_____
Clark Waddoups
United States District Judge