Zane L. Christensen (USB 14614)
Steven A. Christensen (USB 5190)
Christensen Young & Associates, PLLC
9980 South 300 West #200
Sandy, UT  84070
Telephone: (801) 676-6447
Facsimile: (888) 569-2786

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Lawrence J. Mitchell, Kay Mitchell, Matthew C. Bishop, Tracy Kilgore, Jennifer K. Zeleny, Joseph W. Steele V, Scott Westin, Bruce Bird, Nathan Ornellas, Anu Sood, Brent Miller, Nicholas Beach, Alex Inskeep, Loretta Grady, Richard Fountain, Matthew Gragg, Akoya Lawani, Sharon Williams,  Ken Gregory, Sbeen Ajmal, David Self, Edward Dowdy, April Thomas, Don Black, Reza Kamali, Anthony Baquero, Carina Rhea, Shanell Golden, Kim Weston, Adam Brandt, Jacci Brandt, Jennifer King, Ralph McCoy, Aaron Hands, Ayana Smith, Lisa Stern, Mbegane Diouf, Doug Waters, Candyce Ravenell, Paul Fos, Patricia Burkhalter, Blake Knight, Cameron Casey, Jeffery Taylor, Robert Moyer, Marcia Cameron, Gloria Pledger, Charles Jones, Aaron Brodie, Dominique Evans, Richard Farr, Kevin Saliva, Harold Beard, Travis Ashby, Andrew Gorayeb, Scott Mugrage, Edwin Zorilla, Curtis Dowdle, Edward Klann, Steven Stetzel, Glenn Gilleshammer, Wenoka Thompson, Maryann Aldous, Jennifer Porter, Robin Quigg, Tamar Hodges, Barbara Shadoan, Austin Law, Jennifer Ellsworth, Michelle Sterling, Denise Poe, Jamal Dean, Brandon Westman, Concepcion Powell, Adrian Thompson, Eric Talaska, Zachary Christensen, Erica Jones, Stephen Hope, Nedelka Martinsen *et al* and unknown Plaintiffs 1-1,000,000<br><br>Plaintiffs | NOTICE OF MDL DECISION, MOTION TO LIFT STAY AND SET HEARING ON ISSUE OF ARBITRATION AND MEMORANDUM IN SUPPORT THEREOF<br><br>Judge Clark Waddoups<br><br>Case 2:16-cv-00966 |

1

| | |
|---|---|
| v.<br><br>Wells Fargo Bank, National Association, a National Banking Association, and Wells Fargo & Company, a Delaware Corporation, and Does 1-5,300 | |

**COME NOW** Plaintiffs, by and through their counsel Christensen Young & Associates, and do hereby state to the Court that the Judicial Panel on Multi District Litigation ("MDL Panel") has come to a decision on Plaintiffs' Motion to Transfer and Consolidate. This decision and Order was filed on April 5, 2017 by the MDL Panel. While the MDL Panel acknowledges that the actions all share similar allegations and overlapping putative nationwide class claims, the MDL Panel has denied Plaintiffs' Motion at this time deeming that centralization is not necessary at this time for the convenience of the parites and witnesses or ot further the just and efficient conduct of the litigaiton. (See Ex. A, "MDL Panel Order")  Plaintiffs' therefore respectfully request that this Court lift the stay that was currently pending the decision by the MDL Panel, and respectfully request that this Court set a hearing date on the issue of arbitration.  Plaintiffs' argue that all issues regarding arbitration have been fully briefed to the Court and there is no just reason to delay a hearing on this matter.

Pursuant to this Court's Order staying this matter pending a decision by the MDL Panel, and Whereas the MDL Panel has come to a decision, Plaintiffs hereby file this Notice of MDL Decision and Motion to Lift Stay and Set Hearing on Issue of Arbitration and Memorandum In Support Thereof.  Plaintiffs state that as both parties have fully briefed the Court prior to the stay, and both parties agreed to the stay pending the decision by the MDL Panel, there will be no prejudice to either party be lifting the stay and scheduling a hearing on this matter.  Time is of the essence on this matter, as Defendants are attempting to engage in settlement without discovery, which is prejudicial to all Plaintiffs.

Christensen Young & Associates, PLLC
__/s/ Zane L. Christensen___.
Steven A. Christensen
Zane L. Christensen
Christensen Young & Associates, PLLC
9980 So. 300 West, #200
Sandy, Utah, 84070
(801) 676-6447
schristensen@christensenyoung.com
zane@christensenyounglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2017, a true and correct copy of the foregoing NOTICE OF MDL DECISION, MOTION TO LIFT STAY AND SET HEARING ON ISSUE OF ARBITRATION AND MEMORANDUM IN SUPPORT THEREOF was filed using CM/ECF which sent notification of the filing to the following:

David H. Fry
Erin J. Cox
Eric P. Tuttle
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071

James S. Jardine
Elaina M. Maragakis
Michael D. Mayfield
Ray Quinney & Nebekker
36 South State Street, Suite 1400
Salt Lake City, UT 84145

/s/ Zane L. Christensen            .
Zane L. Christensen

EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: WELLS FARGO FRAUDULENT
ACCOUNT OPENING LITIGATION  MDL No. 2766


ORDER DENYING TRANSFER


**Before the Panel:**[*] Plaintiffs in the District of Utah *Mitchell* action move under 28 U.S.C. § 1407 to centralize pretrial proceedings in this litigation in the District of Utah. Plaintiffs in the Northern District of California *Jabbari* action oppose centralization or, alternatively, support centralization in the Northern District of California. All other plaintiffs support centralization and variously support the District of Utah, the District of New Jersey, the Northern District of California, the Northern District of Alabama, the Middle District of Florida, or the Central District of California as transferee district. Defendants Wells Fargo Bank, N.A., and Wells Fargo & Company (together, Wells Fargo) ask the Panel to defer ruling on the motion until the Panel's May 2017 hearing session or, alternatively, to deny the motion. This litigation consists of eight actions pending in six districts.[1]

On the basis of the papers filed and hearing session held, we conclude that centralization is not necessary at this time for the convenience of the parties and witnesses or to further the just and efficient conduct of the litigation. These actions share allegations that Wells Fargo employees used confidential information to open fraudulent accounts in customers' names to meet sales goals, and that Wells Fargo encouraged, knew of, or should have known of this practice. All actions allege overlapping putative nationwide or statewide putative class claims, and all cases will involve overlapping pretrial motions regarding class certification and arbitration. But the parties in the Northern District of California *Jabbari* action recently reached a nationwide class settlement in principle, a motion for preliminary approval of their proposed settlement is due in less than a month, and a hearing on the motion is set to take place in less than two months. At oral argument, counsel for the *Jabbari* plaintiffs represented that all interested parties will have the opportunity to object to or otherwise raise issues as to the adequacy of the proposed settlement in the Northern District of California. Centralization at this time could delay a class-wide settlement with little or no benefit to the parties and putative class members. *See, e.g., In re: JPMorgan Chase Bank, N.A., Mortg. Corp. Force-Placed Hazard Ins. Litig.*, 959 F. Supp. 2d 1372, 1373 (J.P.M.L. 2013).

---

[*] Certain Panel members who could be members of the putative classes in this docket have renounced their participation in these classes and have participated in the decision.

[1] The Panel has been notified of two additional related actions pending in the Central District of California and the Southern District of California.

-2-

IT IS THEREFORE ORDERED that the motion for centralization of these actions is denied.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Marjorie O. Rendell        Charles R. Breyer
Lewis A. Kaplan            Ellen Segal Huvelle
R. David Proctor           Catherine D. Perry

**IN RE: WELLS FARGO FRAUDULENT
ACCOUNT OPENING LITIGATION**  MDL No. 2766

**SCHEDULE A**

    Northern District of Alabama

JEFFRIES, ET AL. v. WELLS FARGO & COMPANY, ET AL., C.A. No. 2:16-01987

    Central District of California

FRIEDMAN, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 2:16-07405

    Northern District of California

JABBARI, ET AL. v. WELLS FARGO & COMPANY, ET AL., C.A. No. 3:15-02159
CHERNAVSKY v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 3:16-06326
CASON, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 3:16-07040

    Middle District of Florida

STANTON v. WELLS FARGO & COMPANY, ET AL., C.A. No. 8:16-03318

    District of New Jersey

BLANCHARD v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 1:16-07509

    District of Utah

MITCHELL, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 2:16-00966