David H. Fry (*pro hac vice*)
Erin J. Cox (*pro hac vice*)
Eric P. Tuttle (*pro hac vice*)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California  90071
Telephone:  (213) 683-9100
david.fry@mto.com
erin.cox@mto.com
eric.tuttle@mto.com

James S. Jardine (1647)
Michael D. Mayfield (8237)
Elaina M. Maragakis (7929)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jjardine@rqn.com
mmayfield@rqn.com
emaragakis@rqn.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Lawrence J. Mitchell, Kay Mitchell, Matthew C. Bishop, Tracy Kilgore, Jennifer K. Zeleny, Joseph W. Steele V, Scott Westin, Bruce Bird, Nathan Ornellas, Anu Sood, Brent Miller, Nicholas Beach, Alex Inskeep, Loretta Grady, Richard Fountain, Matthew Gragg, Akoya Lawani, Sharon Williams, Ken Gregory, David Self, Edward Dowdy, April Thomas, Don Black, Reza Kamali, Carina Rhea, Shanell Golden, Kim Weston, Adam Brandt, Jacci Brandt, Jennifer King, Ralph McCoy, Aaron Hands, Ayana Smith, Lisa Stern, Mbegane Diouf, Doug Waters, Paul Fos, Patricia Burkhalter, Blake Knight, Cameron Casey, Jeffery Taylor, Robert Moyer, Marcia Cameron, Gloria Pledger, Charles Jones, Aaron Brodie, Dominique Evans, Richard Farr, Kevin Saliva, Harold Beard, Travis Ashby, Andrew Gorayeb, Scott Mugrage, Edwin Zorilla, Curtis Dowdle, Edward Klann, Steven Stetzel, Glenn Gilleshammer, Wenoka Thompson, Maryann Aldous, Jennifer Porter, Robin Quigg, Tamar Hodges, Barbara Shadoan, Austin Law, Jennifer Ellsworth, | **NOTICE OF WITHDRAWAL OF MOTION**<br><br>Case No.  2:16-cv-00966<br><br>Judge Clark Waddoups |

| | |
|---|---|
| Michelle Sterling, Denise Poe, Jamal Dean, Brandon Westman, Concepcion Powell, Adrian Thompson, Eric Talaska, Zachary Christensen, Erica Jones, Stephen Hope, *et al.* and unknown Plaintiffs 1-1,000,000,<br><br>            Plaintiffs,<br>   v.<br><br>Wells Fargo Bank, National Association, a National Banking Association, and Wells Fargo & Company, a Delaware Corporation, and Does 1-5,300,<br><br>            Defendants. | |

Please take notice that Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company hereby withdraw their Renewed Motion to Compel Arbitration Pursuant to FAA §§ 3-4 (Dkt. No. 88).

DATED: December 26, 2017

MUNGER, TOLLES & OLSON LLP

/s/ *Erin J. Cox*
Erin J. Cox

David H. Fry
Eric P. Tuttle

RAY QUINNEY & NEBEKER P.C.

James S. Jardine
Michael D. Mayfield
Elaina M. Maragakis

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*